of Appeals for the Tenth Circuit denied. *Mr. Carle Whitehead* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 970. CONDENSER CORPORATION OF AMERICA *v.* MICAMOLD RADIO CORP. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Loyd H. Sutton* for petitioner. *Mr. Kenneth S. Neal* for respondent.

No. 885. ANDERSON, RECEIVER, *v.* TWAY. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert S. Marx, Frank E. Wood* and *Harry Kasfir* for petitioner. *Mr. Chas. I. Dawson* for respondent.

No. 930. FREDERICK *v.* UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard A. Golding* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *William Strong* for the United States.

No. 943. THOMPSON ET AL. *v.* UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eustis Myres* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl*